# EXHIBIT A













