# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-050-517**

Effective date of registration:

June 23, 2010

---

### Title
**Title of Work:** PEELED BANANA COSTUME

### Completion/Publication
**Year of Completion:** 2010

### Author
- **Author:** Silvertop Associates, Inc., dba Rasta Imposta
- **Author Created:** sculpture/3-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant
**Copyright Claimant:** Silvertop Associates, Inc., dba Rasta Imposta
PO Box 7, 600 East Clements Bridge Road, Runnemede, NJ 08078, United States

### Rights and Permissions
- **Organization Name:** Silvertop Associates, Inc.
- **Name:** Robert Berman
- **Email:** robert@rastaimposta.com    **Telephone:** 856-939-9599
- **Address:** PO Box 7, 600 East Clements Bridge Road
  Runnemede, NJ 08078 United States

### Certification
- **Name:** Douglas Burda
- **Date:** June 23, 2010

---

**Correspondence:** Yes

Page 1 of 1