# EXHIBIT C

January 12, 2011



KONCEPT INNOVATIVE LAW
ATTN: DOUGLAS BURDA
PO BOX 15533
LAS VEGAS, NV 89114

LIBRARY
OF
CONGRESS

Corresp. ID: 1-7ETO9T
Re:   PEELED BANANA COSTUME

Dear Mr. Burda:

This refers to your letter dated October 13, 2010, requesting reconsideration of our refusal to register a copyright claim in the above work. You made this request on behalf of Silvertop Associates, Inc. dba Rasta Inposta.

We have carefully reviewed this work in light of the points raised in your letter. Upon further review, although this work, a costume, is considered a useful article, we have determined that it meets the requirement of <u>physical separability</u>, by being representational of a peeled banana, and believe that it can stand alone as a sculptural work of art that would support a copyright registration under the standards set forth in <u>Feist Publications v. Rural Telephone Service Co.</u>, 499 U.S. 340 (1991).

Washington
D.C.
20559-6000

The effective date of registration for this work is June 23, 2010, the date that we originally received the application, deposit material, and filing fee. The certificate of registration is being mailed separately and should arrive soon.

We hope that this resolves the problem for both you and your client.

Sincerely,
Virginia Giroux-Rollow
Attorney Advisor
Examining Division
By:

*Virginia Giroux-Rollow*

Enclosure:
ML435