# EXHIBIT D



Sold by: Amazon.com LLC
Return eligible through Jan 31, 2018
$5.82

Buy it again

---

ORDER PLACED
October 30, 2017

TOTAL
$16.98

SHIP TO
Jordan LaVine ▾

ORDER # 113-7116336-1568241
Order Details | Invoice

**Delivered Nov 2, 2017**
Your package was delivered.

Track package

Rasta Imposta Lightweight Banana Costume, Yellow, One Size
Sold by: AlgaeCal
Return eligible through Dec 1, 2017
$12.99

Buy it again

Return item

Leave seller feedback

Leave package feedback

Write a product review

Archive order







