# EXHIBIT E


(/)

ABOUT US (/ABOUT-US)    CONTACT US (/CONTACT-US)    MENU 

# About Us

Kangaroo Manufacturing was launched in 2014 by Justin Ligeri, the successful entrepreneur behind Yagoozon, Inc.

Justin Ligeri started Yagoozon from scratch and built into the largest reseller on Amazon and #1 on the 2013 Inc. Magazine "Inc. 500" list.

After an astounding 16,000% annual year-over-year growth, Yagoozon was reselling incredible amounts of 3rd party products.  Mr. Ligeri was frustrated, however, by supply-side constraints, late shipments from manufacturers and inconsistent product quality.  So he launched Kangaroo Manufacturing to begin producing his own higher-quality products, with more stable production schedules.

For instance, Kangaroo's first product is *Chillin' Cubes*.  For the same price as a typical set of 9 whiskey stones, Kangaroo Manufacturing can produce a 16 piece product of higher quality.

With over a dozen additional new product lines in the works, Justin has also stated his ambitious goal of releasing approximately 100 new products within the next year.

Kangaroo Manufacturing's pipeline of new products in development spans a range of kitchen products, toys, novelties, costumes and more, all offering factory-direct pricing.



*Justin Ligeri, CEO*

CONTACT US (http://www.kangaroomfg.com/contact-us)

**Kangaroo Manufacturing**
**7350 S. Kyrene Rd.**
**Suite 104**
**Tempe, AZ 85283**

(https://www.facebook.com/KangarooMFG/)

(https://www.instagram.com/kangaroomfg/)

CATEGORIES

INFLATABLES (/CATEGORIES/SUMMER)
EMOJI UNIVERSE (/CATEGORIES/EMOJI-UNIVERSE)
TOYS & NOVELTIES (/CATEGORIES/NOVELTIES)
HATS & WIGS (/CATEGORIES/HATS)
PARTY SUPPLIES (/CATEGORIES/PARTY-SUPPLIES)
HALLOWEEN (/CATEGORIES/HALLOWEEN)
EASTER (/CATEGORIES/EASTER)
HOME & KITCHEN (/CATEGORIES/HOUSEWARES)

© 2017 Kangaroo Manufacturing

Site design by G Media Studios (http://www.gmediastudios.com/)