# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
VA 1-707-439

**Effective date of registration:**
March 26, 2010

## Title
**Title of Work:** Banana Costume

## Completion/Publication
**Year of Completion:** 2001
**Date of 1st Publication:** March 9, 2001    **Nation of 1st Publication:** United States

## Author
- **Author:** Silvertop Associates, Inc., dba Rasta Imposta
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Silvertop Associates, Inc., dba Rasta Imposta
PO Box 7, 600 East Clements Bridge Road, Runnemede, NJ 08078, United States

## Rights and Permissions
**Organization Name:** Silvertop Associates, Inc.
**Name:** Robert Berman
**Email:** robert@rastaimposta.com    **Telephone:** 856-939-9599
**Address:** PO Box 7, 600 East Clements Bridge Road
Runnemede, NJ 08078 United States

## Certification
**Name:** Douglas Burda
**Date:** March 23, 2010

