UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SILVERTOP ASSOCIATES, INC.  :
d/b/a RASTA IMPOSTA,        :
                            :
             Plaintiff,     :   Civil Action No.
                            :   1:17-cv-07919-NLH-KMW
vs.                         :
                            :
KANGAROO MANUFACTURING, INC.,:
                            :
             Defendant.     :
_____:

## ORDER GRANTING DEFENDANT'S CROSS-MOTION TO DISMISS THE COMPLAINT AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

AND NOW this _____ day of _____ 2018, upon consideration of the cross-motion to dismiss the complaint pursuant to Rule 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure, and upon consideration of plaintiff's motion for a preliminary injunction, and the court having considered the arguments of counsel:

**IT IS HEREBY ORDERED** that Rasta Imposta's motion for a preliminary injunction is Denied; and it

**FURTHER ORDERED** that plaintiff's motion to dismiss the complaint is hereby Granted pursuant to (a) FRCP 12(b)(2) in that there is no personal jurisdiction over the Defendant; and (b) FRCP 12(b)(6) in that plaintiff's complaint fails to state a cause of action.

By the Court:

_____
The Honorable Noel L. Hillman

The decision of the court is written
The decision of the court is oral and placed on the record on the ____ day of January 2018