UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SILVERTOP ASSOCIATES, INC., D/B/A RASTA IMPOSTA,<br><br>Plaintiff,<br><br>vs.<br><br>KANGAROO MANUFACTURING, INC.,<br><br>Defendant. | Civil Action No.<br>1:17-cv-07919-NLH-KMW |

### DECLARATION OF ALEXIS ARENA

I, Alexis Arena, of full age, declare:

1. I am a partner in the law firm of Flaster/Greenberg P.C., counsel for Plaintiff in the above matter. I submit this declaration in support of Plaintiff Silvertop Associates, Inc., d/b/a Rasta Imposta's ("Rasta Imposta") opposition to Defendant's Motion to Dismiss.

2. This declaration is based on my personal knowledge.

3. This declaration is submitted in addition to the Declaration of Tina Berman, which is attached as Exhibit A.

4. Attached as Exhibit B is a text message exchange forwarded to me by the witness at the preliminary injunction hearing, Robert Berman.

5. Attached as Exhibit C is a true and correct copy of online information concerning David Spiegel and Halloween Sales by Vasa.

6. Attached as Exhibit D is a true and correct copy of online information concerning Amazon's "fulfilled by Amazon" program.

6502247 v1

2

7. Attached as Exhibit E is a true and correct copy of a complaint filed by Kangaroo in another district court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 20, 2018

_____
Alexis Arena

6502247 v1